IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TERRY LE'ANDRE BRYANT, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-55 (HL-TQL) |
| | * |
| MICHAEL JORDAN, et al, | |
| | * |
| Defendants. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated October 12, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 12th day of October, 2022.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk